BEFORE THE SECOND DIVISION, APRIL 27, 1964

No. 68487.—Aragon Woven Label Co., Inc. *v.* United States, protest 63/2141 (F) (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiff was sustained.